ROBERT W. MILLETTE *v.* FREDERICK G. REINCKE,
WARDEN, CONNECTICUT STATE PRISON

The motion by the defendant to dismiss the appeal from the Superior Court in Hartford County is granted unless the plaintiff files his brief on or before March 15, 1968.

*Thomas F. Wall,* state's attorney, for the appellee (defendant).

*Arnold H. Klau,* special public defender, for the appellant (plaintiff).

Argued February 6—decided February 6, 1968

The motion by the plaintiff to have the appellant's brief in the case of *Gould* v. *Reincke,* 155 Conn. 703, 236 A.2d 916, treated as his brief in his appeal from the Superior Court in Hartford County is denied.

*Arnold H. Klau,* in support of the motion.

Submitted January 26—decided February 6, 1968